Glen E. WINFIELD, Appellant,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY, Respondent.

No. WD 47373.

Missouri Court of Appeals, Western District.

Jan. 4, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1994.

Application to Transfer Denied April 26, 1994.

David T. Greis, Kansas City, for appellant.

Maurice A. Watson, Kansas City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from judgment, after jury trial, in favor of St. Paul Fire & Marine Insurance Company on appellant's claim of discrimination in violation of section 287.780, RSMo 1986.

Judgment affirmed. Rule 84.16(b).

■

Jose DREW, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47269.

Missouri Court of Appeals, Western District.

Jan. 11, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1994.

Application to Transfer Denied April 26, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, C.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).